# UNITED STATES DISTRICT COURT
for the
District of Alaska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DELZY JN-BAPTISTE | ) | Case No. |
| | ) | 1:22-mj-00078-MMS |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 19, 2022  in the county of _____ in the _____ District of  Alaska , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. Section 2242(2), (3) | Sexual Abuse |

This criminal complaint is based on these facts:

See attached affdavit

☑ Continued on the attached sheet.

*Complainant's signature*

Matthew B Judy, FBI Special Agent
*Printed name and title*

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on:

Date: Sep 26, 2022

*Judge's signature*

City and state:  Anchorage, Alaska        Matthew M. Scoble, United States Magistrate Judge
*Printed name and title*